UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

| | |
|---|---|
| **BARRY W. DAVIS, JR., individually and on behalf of others similarly situated,**<br><br>   Plaintiff,<br><br>  v.<br><br>**ERIGERE RAPIDUS SOLUTIONS ERS, INC. AND ROBERT CORMIER,**<br><br>   Defendants. | Case No. 1:23-cv-23279-KMW-SAK |

## NOTICE OF MOTION FOR DEFAULT JUDGMENT

  Please take notice that Plaintiff, Barry W. Davis, Jr., will move before the Honorable Karen M. William, United States District Judge, on May 20, 2024 for an Order of Default Judgment awarding unpaid wages, overtime, liquidated damages, attorney fees and costs against Defendants.

  In support, Plaintiff will rely on the attached brief and attachments and the documents filed of record on the docket of this matter.

Dated:  4/25/24             Respectfully submitted,

                     By: */s/ Ravi Sattiraju*
                       Ravi Sattiraju, Esq. (035251998)
                       **SATTIRAJU & THARNEY, LLP**
                       50 Millstone Road
                       Building 300, Suite 202
                       East Windsor, New Jersey 08520
                       Telephone: (609) 469-2110
                       Facsimile: (609) 228-5649
                       rsattiraju@s-tlawfirm.com

2

Philip Bohrer (admitted *pro hac vice*)
Scott E. Brady (admitted *pro hac vice*)
**BOHRER BRADY, LLC**
8712 Jefferson Highway, Suite B
Baton Rouge, Louisiana 70809
Telephone: (225) 925-5297
Facsimile: (225) 231-7000
phil@bohrerbrady.com
scott@bohrerbrady.com

Kevin I. Lovitz (admitted *pro hac vice*)
**LOVITZ LAW FIRM**
One Liberty Place
1650 Market Street; 36th Floor
Philadelphia, PA  19103
Telephone: (215) 735-1996
Facsimile: (267) 319-7943
kevin@lovitzlaw.com

**ATTORNEYS FOR PLAINTIFF**