## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on April 25, 2024, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                  */s/ Ravi Sattiraju*  
                                                   Ravi Sattiraju