IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BARRY W. DAVIS, JR., *individually and on behalf of others similarly situated* | HONORABLE KAREN M. WILLIAMS |
| Plaintiffs, | Civil Action No. 23-23279-KMW-SAK |
| v. | |
| ERIGERE RAPIDUS SOLUTIONS ERS, INC., and ROBERT CORMIER | ORDER |
| Defendants. | |

**WILLIAMS, District Judge:**

This matter having been opened by Plaintiff Barry W. Davis, Jr., who comes before the Court for entry of default judgment against Defendant Erigere Rapidus Solutions ERS, Inc. and Defendant Robert Cormier pursuant to Federal Rule of Civil Procedure 55(b)(2), (ECF No. 16); it appearing that Defendants have failed to plead or otherwise defend in this action; the Court having considered Plaintiff's submissions; for the reasons set forth in the Opinion of even date; and for good cause shown:

IT IS this 30th day of May, 2024,

**ORDERED** that the Court **GRANTS** Plaintiff's Motion for Default Judgment, entering a judgment against both Defendants jointly in the amount of $106,111.85; and further

**ORDERED** that the Defendants shall pay to Plaintiff $25,411.38 for unpaid overtime; $50,822.75 of liquidated damages on unpaid overtime; $2,337.50 of unpaid wages; and $4,675.00 of liquidated damages on unpaid wages; for a total of $83,246.63 owed to Plaintiff for violations of the New Jersey Wage and Hour Law, (N.J.S.A. 34:11-56a, *et seq*), and the New Jersey Wage

Theft Act, (N.J.S.A. 34:11-4.1); and further

**ORDERED** that Defendants shall pay to Plaintiff $22,260.00 in attorney fees and $605.22 in costs.

At Camden, New Jersey

KAREN M. WILLIAMS, U.S.D.J.