IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
CAMDEN VICINAGE

| | |
|---|---|
| BARRY W. DAVIS, JR., *individually and on behalf of other similarly situated*<br>　　　　　　　　　　　Plaintiff,<br>　v.<br>ERIGERE RAPIDUS SOLUTIONS ERS, INC. and ROBERT CORMIER<br>　　　　　　　　　　　Defendants. | HONORABLE KAREN M. WILLIAMS<br><br>Civil Action<br>No. 23-23279-KMW-SAK |

### ORDER FOR TURNOVER OF FUNDS

This matter having come before the Court on motion of Plaintiff Barry W. Davis, Jr. for turnover of funds held by garnishee TD Bank, N.A. pursuant to a Writ of Execution, and the Court having considered the moving papers and any opposition thereto, and good cause appearing:

IT IS on this 26th day of February, 2025,

ORDERED that TD Bank, N.A. shall, within 14 days of the date of this Order, turn over to Plaintiff Barry W. Davis, Jr., through his counsel, Phillip D. Berger, Esquire, Berger Law Group, PC, 919 Conestoga Road, Building 3, Suite 114, Bryn Mawr, PA 19010, the sum of $5,894.84 currently being held pursuant to the Writ of Execution; and it is further

ORDERED that counsel for Plaintiff shall serve a copy of this Order on all parties and TD Bank, N.A. within seven (7) days of the date of this Order.

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　HON. KAREN M. WILLIAMS, U.S.D.J.